ERIN L. LENNON
SUPREME COURT CLERK

SARAH R. PENDLETON
DEPUTY CLERK/
CHIEF STAFF ATTORNEY

# THE SUPREME COURT
STATE OF WASHINGTON

TEMPLE OF JUSTICE
P.O. BOX 40929
OLYMPIA, WA 98504-0929

(360) 357-2077
e-mail: supreme@courts.wa.gov
www.courts.wa.gov

November 8, 2022




FILED
LODGED
RECEIVED
**MAIL**

**NOV 1 4 2022**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BY          DEPUTY

**LETTER SENT BY E-MAIL**

Jason Anderson
Thomas Tyler Santiago
Anderson Santiago, PLLC
207B Sunset Blvd N
Renton, WA 98057-5517

Timothy John Fransen
Cosgrave Vergeer Kester LLP
900 SW 5th Avenue, Floor 24
Portland, OR 97204-1235

Hon. Ravi Subramanian, Clerk
**(sent by U.S. mail only)**
US District Court Western District of Washington
700 Stewart Street, Suite 2310
Seattle, WA 98101

Re:    Supreme Court No. 101444-9 - Matthew and Melanie Nelson v. P.S.C., Inc.
       United States District Court, Western District of Washington, No. C22-0712-JCC

Clerk and Counsel:

The "ORDER" entered by the United States District Court of the Western District of Washington on November 7, 2022, was received and filed on November 7, 2022. The certified record was also filed on November 7, 2022. The matter has been assigned the above referenced Supreme Court cause number.

Pursuant to RCW 2.60.030 and RAP 16.16(e), briefs are due in accordance with the following schedule:

1. The Defendant's opening brief should be served and filed by December 7, 2022.

2. The Plaintiffs' answering brief should be served and filed within 20 days after service of the Defendant's opening brief.

3. The Defendant's reply brief should be served and filed within 10 days after service of the Plaintiffs' answering brief.

Briefs should be in the form provided by RAP 10.3 and RAP 10.4, and should be served and filed in accordance with RAP 10.2(h).

**Counsel are advised that future correspondence from this Court regarding this matter will most likely only be sent by an e-mail attachment, not by regular mail. This office uses the e-mail address that appears on the Washington State Bar Association lawyer directory. Counsel are responsible for maintaining a current business-related e-mail address in that directory. Any out-of-state counsel should advise this Court of their e-mail address and keep this office informed of any changes.**

Sincerely,

Sarah R. Pendleton
Supreme Court Deputy Clerk

SRP:bw

cc: Michael Johnston, Court Commissioner

WASHINGTON STATE SUPREME COURT
TEMPLE OF JUSTICE
PO BOX 40929
OLYMPIA WA 98504-0929

TACOMA WA 983
9 NOV 2022 PM 3 L

NEOPOST         FIRST-CLASS MAIL
11/09/2022
US POSTAGE $000.57⁰

ZIP 98504
041M11455231

FILED
LODGED
RECEIVED

NOV 14 2022

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
BY _____ DEPUTY

Hon. Ravi Subramanian, Clerk
U.S. District Court Western District of Washington
700 Stewart Street, Suite 2310
Seattle, WA 98101

98101-444285