The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MATTHEW AND MELANIE NELSON,

                Plaintiffs,

    vs.

PSC, INC.,

                Defendant.

No. 2:22−cv−00712-JCC

**STIPULATION AND [PROPOSED] ORDER DISMISSING CASE**

    Plaintiffs Matthew and Melanie Nelson and Defendant P.S.C., Inc., by and through undersigned counsel, hereby stipulate (through undersigned counsel) that this action and all claims herein shall be dismissed with prejudice and without an award of fees or costs to any party. Based upon the parties' stipulation, this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 17th day of October 2023.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Proposed Order - 1
No. 2:22−cv−00712-JCC

**ANDERSON | SANTIAGO**
207B SUNSET BLVD. N.
RENTON, WA 98057
(206) 395-2665/F (206) 395-2719

Presented by:

| | |
|---|---|
| **COSGRAVE VERGEER KESTER LLP** | **ANDERSON SANTIAGO, PLLC** |
| By /s/ *Timothy J. Fransen* <br> Timothy J. Fransen, WSBA #51110 <br> 900 SW Fifth Ave., 24th Floor <br> Portland, OR 97204 <br> Attorney for Defendant | By /s/ *Jason D. Anderson* <br> Jason D. Anderson, WSBA #38014 <br> T. Tyler Santiago, WSBA# 46004 <br> Attorney for Plaintiffs |

PROPOSED ORDER - 2
NO. 2:22−cv−00712-JCC

ANDERSON | SANTIAGO
207B SUNSET BLVD. N.
RENTON, WA 98057
(206) 395-2665/F (206) 395-2719